JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE,<br><br>  Petitioner,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>  Respondent. | Case No. ED CV 20-1226-DSF (SP)<br><br>**JUDGMENT** |

   Pursuant to the Memorandum and Order Dismissing First Amended Petition for Writ of Habeas Corpus,

   IT IS HEREBY ADJUDGED that the First Amended Petition is denied and this action is dismissed without prejudice.

Dated: March 15, 2021

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE